# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1570
_____

J.B., Mother of B.P., M.P., and
K.E., Minor Children,

Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Ross M. Goodman, Judge.

November 8, 2018

PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Randall A. Werre of Werre Law Firm, P.A., Milton, for Appellant.

Sarah J. Rumph, Appellate Counsel, Department of Children and Families, Tallahassee, for Appellee; Thomasina Moore, Statewide Director, and David P. Krupski, Appellate Counsel, Guardian ad Litem Program, Sanford; and Sara Goldfarb, Appellate Counsel, Guardian ad Litem Program, Tallahassee.